Certificate Number: 03088-NJ-DE-027865603

Bankruptcy Case Number: 16-22338



03088-NJ-DE-027865603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2016</u>, at <u>3:01</u> o'clock <u>PM CDT</u>, <u>Carole A Zuzio</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 5, 2016</u>          By:    <u>/s/Doug Tonne</u>

                                      Name:  <u>Doug Tonne</u>

                                      Title: <u>Counselor</u>