# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Carole A. Zuzio aka Carolann Zuzio aka Carol A. Zuzio<br><br>    Debtor | CHAPTER 13 |
| Bradshaw Properties, LLC, its successors and/or assigns<br>    Moving Party<br>        vs.<br><br>Carole A. Zuzio aka Carolann Zuzio aka Carol A. Zuzio<br>    Debtor | NO. 16-22338 KCF |
| Albert Russo Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of Bradshaw Properties, LLC, which was filed with the Court on or about **August 23, 2016**.

                                        Respectfully submitted,

                                        **/s/ Denise Carlon, Esquire**
                                        Brian C. Nicholas, Esquire
                                        Joshua I. Goldman, Esquire
                                        Denise Carlon, Esquire
                                        Attorneys for Movant/Applicant
                                        KML Law Group, PC
                                        Main Number: (215) 627-1322

September 2, 2016