# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Carole A. Zuzio aka Carolann Zuzio aka Carol A. Zuzio<br><br>                                Debtor | CHAPTER 13 |
| Bradshaw Properties, LLC, its successors and/or assigns<br>                            Moving Party<br>      vs. | |
| | NO. 16-22338 KCF |
| Carole A. Zuzio aka Carolann Zuzio aka Carol A. Zuzio<br>                                Debtor | |
| Albert Russo Esq.<br>                                Trustee | 11 U.S.C. Section 362 |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Bradshaw Properties, LLC, which was filed with the Court on or about **September 7, 2016**.

                                                       Respectfully submitted,

                                                       **/s/ Denise Carlon, Esquire**
                                                       Denise Carlon, Esquire
                                                       Attorneys for Movant/Applicant
                                                       KML Law Group, PC
                                                       Main Number: (215) 627-1322

September 9, 2016