UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (wb3626)
Attorney for Debtor
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on September 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carole A. Zuzio

Case No.: 16-22338

Chapter: 13

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 26, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____ months to allow for payment of the above fee.

*Payment to be determined by the bankruptcy trustee

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-22338-KCF
Carole A. Zuzio                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 26, 2016
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db            +Carole A. Zuzio,    36 Navesink Avenue,    Atlantic Highlands, NJ 07716-1643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Deborah T. Feldstein    on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net
      Denise E. Carlon    on behalf of Creditor    Bradshaw Properties, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Warren   Brumel    on behalf of Debtor Carole A. Zuzio wbrumel@keyportlaw.com,
       BrumelLawECF@gmail.com
                                                                                                                                     TOTAL: 4