| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>McKENNA, DuPONT, HIGGINS & STONE<br>Michael R. DuPont, Esquire (MRD/2077)<br>PO Box 610<br>229 Broad Street<br>Red Bank, NJ 07701-0610<br>732.741.6681<br>Counsel for United Teletech Financial Federal Credit Union |

| In Re: | Case No. 16-22338 |
|---|---|
| CAROLE A. ZUZIO | Chapter 13 |
| | Judge: KCF |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of United Teletech Financial Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McKENNA, DuPONT, HIGGINS & STONE
Attention: Michael R. DuPont, Esquire
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
Email: dupont@redbanklaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

McKENNA, DuPONT, HIGGINS & STONE, PC
Counsel to United Teletech Financial Federal Credit Union

*/s/ Michael R. DuPont, Esquire*
MICHAEL R. DuPONT, Esq.

Dated: January 6, 2017

new.8/1/15