Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2016 to 01/09/2017  
**Chapter 13 Case No. 16-22338 / KCF**

Carole A. Zuzio  
36 Navesink Avenue  
Atlantic Highlands  NJ    07716

Petition Filed Date: 06/27/2016  
341 Hearing Date: 08/11/2016  
Confirmation Date: 09/14/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/13/2016 | $710.00 | 6778803264 | 08/01/2016 | $710.00 | 32043370 - | 08/29/2016 | $710.00 | 32748640 - |
| 09/28/2016 | $710.00 | 33521270 - | 10/18/2016 | $6.00 | 34066820 - | 11/08/2016 | $716.00 | 34573590 - |
| 12/02/2016 | $716.00 | 35237620 - | 01/04/2017 | $716.00 | 36060400 - | | | |

**Total Receipts for the Period:  $4,994.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,994.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carole A. Zuzio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | BOROUGH OF ATLANTIC HIGHLANDS W/S DEPT | Priority Crediors | $370.63 | $0.00 | $370.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $772.78 | $0.00 | $772.78 |
| 3 | US BANK CUST ACTLIEN HOLDING INC.<br>»»  TAX SALE CERT 15-00002 | Secured Creditors | $25,405.06 | $576.70 | $24,828.36 |
| 4 | QUANTUM3 GROUP LLC<br>»»  WOMAN WITHIN | Unsecured Creditors | $183.08 | $0.00 | $183.08 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WALMART | Unsecured Creditors | $761.14 | $0.00 | $761.14 |
| 6 | New York State Dept of Tax & Finance<br>»»  UNEMPLOYMENT REIMBURSEMENT | Priority Crediors | $500.00 | $0.00 | $500.00 |
| 7 | LVNV FUNDING LLC<br>»»  FNBM/CREDIT ONE | Unsecured Creditors | $1,761.87 | $0.00 | $1,761.87 |
| 8 | BRADSHAW PROPERTIES, LLC<br>»»  P/36 NAVESINK AVE/1ST MTG | Mortgage Arrears | $14,355.16 | $325.86 | $14,029.30 |
| 0 | WARREN BRUMEL, ESQ<br>»»  ORDER 9/26/16 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINGERHUT | Unsecured Creditors | $305.05 | $0.00 | $305.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/SEARS | Unsecured Creditors | $333.71 | $0.00 | $333.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $3,135.12 | $0.00 | $3,135.12 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/9/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,994.00 | Plan Balance: | $43,096.00 ** |
| Paid to Claims: | $4,052.56 | Current Monthly Payment: | $716.00 |
| Paid to Trustee: | $268.40 | Arrearages: | $0.00 |
| Funds on Hand: | $673.04 | Total Plan Base: | $48,090.00 |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**