| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
### Chapter 13 Case No. 16-22338 / KCF

Carole A. Zuzio                                  Petition Filed Date: 06/27/2016
36 Navesink Avenue                               341 Hearing Date: 08/11/2016
Atlantic Highlands  NJ    07716                  Confirmation Date: 09/14/2016

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | | Date | Amount | Check No. | | Date | Amount | Check No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2017 | $716.00 | 36060400 | - | 02/03/2017 | $716.00 | 36836910 | - | 03/07/2017 | $716.00 | 37780110 | - |
| 04/06/2017 | $716.00 | 38608410 | - | 05/05/2017 | $716.00 | 39428050 | - | 06/06/2017 | $716.00 | 40182780 | - |
| 07/05/2017 | $716.00 | 40998040 | | 08/07/2017 | $716.00 | 41824480 | | 09/25/2017 | $716.00 | 43068880 | |
| 10/06/2017 | $716.00 | 43440760 | | 11/02/2017 | $716.00 | 44102900 | | 12/04/2017 | $716.00 | 44938090 | |
| 01/03/2018 | $716.00 | 45657480 | | 02/02/2018 | $716.00 | 46396210 | | | | | |

**Total Receipts for the Period: $10,024.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $14,302.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carole A. Zuzio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | BOROUGH OF ATLANTIC HIGHLANDS W/S DEPT | Priority Crediors | $370.63 | $0.00 | $370.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $772.78 | $0.00 | $772.78 |
| 3 | US BANK CUST ACTLIEN HOLDING INC.<br>»» TAX SALE CERT 15-00002 | Secured Creditors | $25,405.06 | $5,730.33 | $19,674.73 |
| 4 | QUANTUM3 GROUP LLC<br>»» WOMAN WITHIN | Unsecured Creditors | $183.08 | $0.00 | $183.08 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $761.14 | $0.00 | $761.14 |
| 6 | New York State Dept of Tax & Finance<br>»» UNEMPLOYMENT REIMBURSEMENT | Priority Crediors | $500.00 | $0.00 | $500.00 |
| 7 | LVNV FUNDING LLC<br>»» FNBM/CREDIT ONE | Unsecured Creditors | $1,761.87 | $0.00 | $1,761.87 |
| 8 | BRADSHAW PROPERTIES LLC<br>»» P/36 NAVESINK AVE/1ST MTG | Mortgage Arrears | $14,355.16 | $3,237.97 | $11,117.19 |
| 0 | WARREN BRUMEL, ESQ<br>»» ORDER 9/26/16 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT | Unsecured Creditors | $305.05 | $0.00 | $305.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $333.71 | $0.00 | $333.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,135.12 | $0.00 | $3,135.12 |

**Chapter 13 Case No. 16-22338 / KCF**

| | SUMMARY | |
|---|---|---|

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $14,302.00 | | Plan Balance: | $34,343.00  ** |
| Paid to Claims: | $12,118.30 | | Current Monthly Payment: | $716.00 |
| Paid to Trustee: | $844.78 | | Arrearages: | $0.00 |
| Funds on Hand: | $1,338.92 | | Total Plan Base: | $48,645.00 |

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

• **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**