UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

WARREN BRUMEL, ESQ
PO BOX 181
KEYPORT, NJ 07735-0181
Attorney for Debtor(s)

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Carole A. Zuzio

Debtor(s)

Case No. 16-22338 / KCF

Judge: Honorable Kathryn C. Ferguson

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: March 9, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $14,302.00 paid to date (20 month[s])
   - $860.00 for 40 month[s] beginning 3/1/18

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

Albert Russo
Standing Chapter 13 Trustee

WARREN BRUMEL, ESQ
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Carole A. Zuzio  
     Debtor

Case No. 16-22338-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 09, 2018  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db          +Carole A. Zuzio,   36 Navesink Avenue,   Atlantic Highlands, NJ 07716-1643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Deborah T. Feldstein     on behalf of Creditor    US Bank Cust Actlien Holding dfeldstein@caplaw.net  
           Denise E. Carlon     on behalf of Creditor    Bradshaw Properties, LLC dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Michael R. DuPont     on behalf of Creditor    United Teletech Financial Federal Credit Union  
            dupont@redbanklaw.com,   dana@redbanklaw.com  
           Warren  Brumel    on behalf of Debtor Carole A. Zuzio wbrumel@keyportlaw.com,  
            brumellawecf@gmail.com;r53076@notify.bestcase.com  
                                                                                                                                TOTAL: 5