| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 16-22338 / KCF**

Carole A. Zuzio

Petition Filed Date: 06/27/2016
341 Hearing Date: 08/11/2016
Confirmation Date: 09/14/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $716.00 | 45657480 | 02/02/2018 | $716.00 | 46396210 | 03/05/2018 | $860.00 | 47244110 |
| 04/03/2018 | $860.00 | 48038970 | 05/03/2018 | $860.00 | 48859270 | 06/04/2018 | $860.00 | 49690660 |
| 07/03/2018 | $860.00 | 50426640 | 08/06/2018 | $860.00 | 51284190 | 09/04/2018 | $860.00 | 52060730 |
| 10/03/2018 | $860.00 | 52848390 | 11/05/2018 | $860.00 | 53658770 | 12/04/2018 | $860.00 | 54438540 |

**Total Receipts for the Period:  $10,032.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,762.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carole A. Zuzio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | BOROUGH OF ATLANTIC HIGHLANDS W/S DEPT | Priority Creditors | $370.63 | $0.00 | $370.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $772.78 | $0.00 | $772.78 |
| 3 | US BANK CUST ACTLIEN HOLDING INC.<br>»» TAX SALE CERT 15-00002 | Secured Creditors | $25,405.06 | $11,715.46 | $13,689.60 |
| 4 | QUANTUM3 GROUP LLC<br>»» WOMAN WITHIN | Unsecured Creditors | $183.08 | $0.00 | $183.08 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $761.14 | $0.00 | $761.14 |
| 6 | New York State Dept of Tax & Finance<br>»» UNEMPLOYMENT REIMBURSEMENT | Priority Creditors<br>Hold Funds: Notice of Reserve | $500.00 | $0.00 | $500.00 |
| 7 | LVNV FUNDING LLC<br>»» FNBM/CREDIT ONE | Unsecured Creditors | $1,761.87 | $0.00 | $1,761.87 |
| 8 | BRADSHAW PROPERTIES LLC<br>»» P/36 NAVESINK AVE/1ST MTG | Mortgage Arrears | $14,355.16 | $6,619.86 | $7,735.30 |
| 0 | WARREN BRUMEL, ESQ<br>»» ORDER 9/26/16 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT | Unsecured Creditors | $305.05 | $0.00 | $305.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $333.71 | $0.00 | $333.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,135.12 | $0.00 | $3,135.12 |

**Chapter 13 Case No. 16-22338 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,762.00 | Plan Balance: | $24,883.00 ** |
| Paid to Claims: | $21,485.32 | Current Monthly Payment: | $860.00 |
| Paid to Trustee: | $1,476.88 | Arrearages: | $0.00 |
| Funds on Hand: | $799.80 | Total Plan Base: | $48,645.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**