| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo, Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ  08650<br>609-587-6888<br>By:  Albert Russo | |
| In re:<br><br>Carole A. Zuzio<br><br>                                                        Debtor | Chapter 13 Case No. 16-22338 / MBK<br><br>Judge: Michael B. Kaplan |

# NOTICE OF RESERVE ON FILED CLAIM

Creditor:             BRADSHAW PROPERTIES LLC
Trustee Claim ID:     8
Court Claim No:       8-1
Claimed Amount:       $14,355.16
Date Claim Filed:     11/08/2016

Please be advised that a reserve has been placed on the above named claim for the following reason(s):

· The creditor has returned payments indicating that the loan servicing was transferred, but no Transfer of Claim has been filed with the Bankruptcy Court.

Unless we receive the information needed or the necessary documents are filed with the Bankruptcy Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

DATED:  11/7/2019                                                    /s/ Albert Russo
                                                                     Albert Russo
                                                                     Standing Chapter 13 Trustee