| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 16-22338 / MBK

| | |
|---|---|
| Carole A. Zuzio | Petition Filed Date: 06/27/2016 |
| | 341 Hearing Date: 08/11/2016 |
| | Confirmation Date: 09/14/2016 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $860.00 | 55119560 | 02/05/2019 | $860.00 | 55899440 | 03/06/2019 | $860.00 | 56683870 |
| 04/03/2019 | $860.00 | 57557720 | 05/02/2019 | $860.00 | 58276690 | 06/03/2019 | $860.00 | 59092450 |
| 07/02/2019 | $860.00 | 59853660 | 08/02/2019 | $860.00 | 60623780 | 09/03/2019 | $860.00 | 61464360 |
| 10/02/2019 | $860.00 | 62217040 | 11/04/2019 | $860.00 | 62996980 | 12/03/2019 | $860.00 | 63732510 |

**Total Receipts for the Period: $10,320.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $34,942.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carole A. Zuzio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN BRUMEL, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | BOROUGH OF ATLANTIC HIGHLANDS W/S DEPT | Priority Crediors | $370.63 | $0.00 | $370.63 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $772.78 | $0.00 | $772.78 |
| 3 | US BANK CUST ACTLIEN HOLDING INC.<br>»»  TAX SALE CERT 15-00002 | Secured Creditors | $25,405.06 | $18,434.25 | $6,970.81 |
| 4 | QUANTUM3 GROUP LLC<br>»»  WOMAN WITHIN | Unsecured Creditors | $183.08 | $0.00 | $183.08 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WALMART | Unsecured Creditors | $761.14 | $0.00 | $761.14 |
| 6 | New York State Dept of Tax & Finance<br>»»  UNEMPLOYMENT REIMBURSEMENT | Priority Crediors<br>Hold Funds: Per Plan | $500.00 | $0.00 | $500.00 |
| 7 | LVNV FUNDING LLC<br>»»  FNBM/CREDIT ONE | Unsecured Creditors | $1,761.87 | $0.00 | $1,761.87 |
| 8 | BRADSHAW PROPERTIES, LLC<br>»»  P/36 NAVESINK AVE/1ST MTG | Mortgage Arrears | $14,355.16 | $10,416.29 | $3,938.87 |
| 0 | WARREN BRUMEL, ESQ<br>»»  ORDER 9/26/16 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINGERHUT | Unsecured Creditors | $305.05 | $0.00 | $305.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $333.71 | $0.00 | $333.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $3,135.12 | $0.00 | $3,135.12 |

**Chapter 13 Case No. 16-22338 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,942.00 | Plan Balance: | $13,703.00 ** |
| Paid to Claims: | $32,000.54 | Current Monthly Payment: | $860.00 |
| Paid to Trustee: | $2,143.38 | Arrearages: | $0.00 |
| Funds on Hand: | $798.08 | Total Plan Base: | $48,645.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**