**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carole A. Zuzio | Social Security number or ITIN   xxx–xx–5660 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–22338–MBK | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carole A. Zuzio
aka Carolann Zuzio, aka Carol A. Zuzio

11/18/21                                                     **By the court:** Michael B. Kaplan
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 16-22338-MBK
Carole A. Zuzio                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                            Page 1 of 3
Date Rcvd: Nov 18, 2021                               Form ID: 3180W                                         Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole A. Zuzio, 36 Navesink Avenue, Atlantic Highlands, NJ 07716-1643 |
| cr | + | US Bank Cust Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 W, Denville, NJ 07834, UNITED STATES 07834-1239 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516257615 | + | Barclays/NorthStar, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 516257616 | + | Boro of Atlantic Higlands Tax Collector, 100 First Ave, Atlantic Highlands, NJ 07716-2913 |
| 516257617 | + | Bradshaw Properties LLC, Att: Jeremy Doppelt Realty Mgt, 408 Main St, Suite 502, Boonton, NJ 07005-3701 |
| 516489722 | + | Bradshaw Properties, LLC, c/o Jeremy Doppelt Management, LLC, 408 Main Street, Suite 502, Boonton, NJ 07005-3701 |
| 518606931 | + | Bradshaw Properties, LLC., c/o Jeremy Doppelt Realty Management, Suite 502, 408 Main Street, Boonton, NJ 07005-3701 |
| 518606932 | + | Bradshaw Properties, LLC., c/o Jeremy Doppelt Realty Management, Suite 502, 408 Main Street, Boonton, NJ 07005 Bradshaw Properties, LLC. 07005-3701 |
| 516257621 | | KML Law Group PC, 216 Haddon Ave, Ste 406, Oaklyn, NJ 08107 |
| 516257623 | | New York State Dept of Tax & Finance, PO Box 5300, Att: Bankruptcy Section, Albany, NY 12205-0300 |
| 516257624 | + | US Bank Cust ActLien Holding, 2 Liberty Place, 50 South 16 St, Ste 2050, Philadelphia, PA 19102-2516 |
| 516390133 | + | US Bank Cust Actlien Holding, Pellegnno & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518939469 | | US Bank Cust Actlien Holding, PO Box 237174, New York, NY 10023-0032 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517137687 | + | Email/Text: bknotices@snsc.com | Nov 18 2021 20:29:00 | Bradshaw Properties, LLC., c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, Bradshaw Properties, LLC., c/o SN Servicing Corp. 95501-0305 |
| 517137686 | + | Email/Text: bknotices@snsc.com | Nov 18 2021 20:29:00 | Bradshaw Properties, LLC., c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 516257618 | | EDI: CAPITALONE.COM | Nov 19 2021 01:23:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516341579 | | EDI: CAPITALONE.COM | Nov 19 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516257619 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2021 20:34:06 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516257620 | | EDI: BLUESTEM | Nov 19 2021 01:23:00 | Fingerhut, 11 McLeland Road, St. Cloud, MN 56395 |
| 516412302 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 20:34:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 16-22338-MBK  Doc 52  Filed 11/20/21  Entered 11/21/21 00:14:24  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 3180W | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 516398882 | + | EDI: MID8.COM | Nov 19 2021 01:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516492266 | | EDI: PRA.COM | Nov 19 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516489820 | | EDI: PRA.COM | Nov 19 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516257622 | | Email/Text: signed.order@pfwattorneys.com | Nov 18 2021 20:28:00 | New Century Financial, Att: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516430766 | | EDI: Q3G.COM | Nov 19 2021 01:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516393590 | | EDI: Q3G.COM | Nov 19 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516277257 | | EDI: RMSC.COM | Nov 19 2021 01:23:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516257625 | + | EDI: WFFC.COM | Nov 19 2021 01:23:00 | Wells Fargo, 800 Walnut Street, F4030-04C, Des Moines, IA 50309-3605 |
| 516257626 | | EDI: WFNNB.COM | Nov 19 2021 01:23:00 | Woman Within, WFNNB, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Bradshaw Properties LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Nov 18, 2021 | Form ID: 3180W | Total Noticed: 32

Denise E. Carlon
        on behalf of Creditor Bradshaw Properties  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont
        on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com

Rebecca Ann Solarz
        on behalf of Creditor Bradshaw Properties  LLC rsolarz@kmllawgroup.com

Warren Brumel
        on behalf of Debtor Carole A. Zuzio wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 8