UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Carole A. Zuzio

Order Filed on December 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   16-22338

Adv. No.:

Hearing Date:

Judge:   Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 3, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On November 10, 2021, an application was filed for the Claimant(s), Bradshaw Properties, LLC, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $228.11 held in unclaimed funds be made payable to Bradshaw Properties, LLC and be disbursed to the payee at the following address:

Bradshaw Properties, LLC
c/o Jeremy Doppelt Realty Management
408 Main Street, Suite 502
Boonton, NJ 07005

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court

District of New Jersey

In re:  
Carole A. Zuzio  
    Debtor

Case No. 16-22338-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 03, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Carole A. Zuzio, 36 Navesink Avenue, Atlantic Highlands, NJ 07716-1643

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
     docs@russotrustee.com

Brian C. Nicholas  
     on behalf of Creditor Bradshaw Properties  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Deborah T. Feldstein  
     on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net

Denise E. Carlon  
     on behalf of Creditor Bradshaw Properties  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont  
     on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 03, 2021 | Form ID: pdf903 | Total Noticed: 1

Rebecca Ann Solarz
                                      on behalf of Creditor Bradshaw Properties  LLC rsolarz@kmllawgroup.com

Warren Brumel
                                      on behalf of Debtor Carole A. Zuzio wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 8