| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Carole A Zullo |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: District of New Jersey (State) | |
| Case number: 1622338/MBK | |

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC - 8 2021
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 500.00 |
|---|---|
| Claimant's Name: | New York State Dept of Tax & Finance |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Bankruptcy Sec.<br>Albany NY 12205-0300<br>Phone number:<br>Email address: |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

3. **Supporting Documentation**

☐ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. *This was paid out of my Taxes*

4. **Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey   07102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 11-29-21 | Date: |
| *Carile Juzzo* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 36 Navesink Ave, Atl Highlands NJ 07716 | Address: |
| Telephone: | Telephone: |
| Email: | Email: |

Form 1340        Application for Payment of Unclaimed Funds        Page 2

36 Nadine
aH, NJ 07716

7 DEC 2021 PM 5 L

USBC
402 East State St.
Trenton NJ
08608

08608-150799