UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carole A. Zuzio

| | |
|---|---|
| Case No.: | 16-22338-MBK |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

for Payment of Unclaimed Funds in the Amount $500.00. Filed by New York Department of Tax and Finance.

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 30, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____December 8_____, 20 21  by
_____the debtor, Carole A. Zuzio_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*