| UNITED STATES BANKRUPTCY COURT | |
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |

**Order Filed on December 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | | Case No.: | _____16-22338-MBK_____ |
| Carole A. Zuzio | | Hearing Date: | _____ |
| | | Judge: | _____Michael B. Kaplan_____ |
| | | Chapter: | _____13_____ |

| Recommended Local Form: | ☑ Followed | ☐ Modified |

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

for Payment of Unclaimed Funds in the Amount $500.00. Filed by New York Department of Tax and Finance.

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 30, 2021**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____December 8_____, 20 _21_ by
_____the debtor, Carole A. Zuzio_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 16-22338-MBK

Carole A. Zuzio                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

**Recip ID                Recipient Name and Address**
db                        + Carole A. Zuzio, 36 Navesink Avenue, Atlantic Highlands, NJ 07716-1643

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Bradshaw Properties  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Deborah T. Feldstein | on behalf of Creditor US Bank Cust Actlien Holding dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor Bradshaw Properties  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |

District/off: 0312-3                          User: admin                                 Page 2 of 2
Date Rcvd: Dec 30, 2021                       Form ID: pdf903                              Total Noticed: 1

Rebecca Ann Solarz
                    on behalf of Creditor Bradshaw Properties  LLC rsolarz@kmllawgroup.com

Warren Brumel
                    on behalf of Debtor Carole A. Zuzio wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com


TOTAL: 8